# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00326-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

17.  TERRY MARGHEIM,

    Defendant.

## ORDER

This matter comes before the Court on Defendant's "Objection to the Government's Motion to Continue the Trial and Request to Re-Set Trial Date."  (Doc. 2143.)  That matter will be addressed during the Final Trial Preparation conference currently set for Friday, April 13, 2012, at 11:00 a.m.  Defendant Margheim should be present for that conference.

Dated this 11th day of April, 2012.

                                          BY THE COURT:

                                          /s/  David M. Ebel
                                          U. S. CIRCUIT COURT JUDGE