**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.  10-cr-00326-PAB-17

UNITED STATES OF AMERICA,

       Plaintiff,

v.

17.  TERRY MARGHEIM,

       Defendant.

**ORDER SETTING MOTIONS HEARING**

       THIS MATTER comes before the Court upon Defendant Terry Margheim's Motion to Waive Jury for Trial [Doc. No. 2171].

       IT IS HEREBY ORDERED that a one-hour motions hearing has been scheduled for Monday, April 23, 2012, at 10:00 a.m.  All counsel and Defendant Margheim shall be present.

       DATED:   April   17th  , 2012.

       BY THE COURT:

       *s/ David M. Ebel*

       David M. Ebel
       United States Circuit Judge