IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL

Courtroom Deputy:  LaDonne Bush　　　　　　　　　　Date: May 14, 2012
Court Reporter:　　Tammy Hoffschildt

Criminal Action No. 10-cr-00326-DME-17

*Parties:*　　　　　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　　　　　　Kasandra Carleton
　　　　　　　　　　　　　　　　　　　　　　　　　　M.J. Menendez
　　　Plaintiff,

v.

17. TERRY MARGHEIM,　　　　　　　　　　　　　　Thomas Hammond

　　　Defendant.

_____

COURTROOM MINUTES
_____

Hearing on Motions

9:37 a.m.　　Court in session.

Defendant present in custody.

Also present are ATF Special Agents Shane Abraham and Shane Messner.

**ORDERED:**　Motion to Reconsider Denial of Motion to Dismiss for Violation of Speedy Trial (Doc. 2207) is denied.

Argument by Ms. Menendez and Mr. Hammond.

**ORDERED:**　Motion to Declare 21 U.S.C. § 841(b)(1)(B)(viii) Unconstitutional as Applied to Defendant (Doc. 2208) is denied.

Discussion regarding Motion to Suppress.

10:10 a.m.     Government's witness, Shane Abraham, sworn.

Direct examination of Special Agent Abraham by Ms. Menendez.

Government Exhibit 2 is received for the purposes of this hearing.

Government Exhibit 1 is received for the purposes of this hearing.

11:09 a.m.     Court in recess.
11:20 a.m.     Court in session.

Continued direct examination of Special Agent Abraham by Ms. Menendez.

Government Exhibits 9, 10, 38, and 39 are received for the purposes of this hearing.

Government Exhibits 11, 12(a) and 12(b) are received for the purposes of this hearing.

12:09 p.m.     Court in recess.
1:01 p.m.      Court in session.

Cross examination of Special Agent Abraham by Mr. Hammond.

2:10 a.m.      Redirect examination of Special Agent Abraham by Ms. Menendez.

2:13 p.m.      Defendant sworn.

Direct examination of Defendant by Mr. Hammond.

**ORDERED:**  With regard to the transcript, only Jeff's first name shall appear.  Jeff's last name shall be sealed.

2:36 p.m.      Cross examination of Defendant by Ms. Menendez.

2:53 p.m.      Proffer by Mr. Hammond regarding testimony of Carlos Morales-Gonzales.

2:54 p.m.      Response to proffer by Ms. Menendez.

2:57 p.m.      Statement by Mr. Hammond.

**ORDERED:**  Defendant's request to call Mr. Morales-Gonzales in this hearing is denied.

3:01 p.m.     Court in recess.
3:28 p.m.     Court in session.

Argument by Mr. Hammond and Ms. Menendez.

Court's ruling.

**ORDERED**:  Motion to Suppress (Doc. 2184) is denied.

Discussion regarding a trial stipulation concerning Special Agent Abraham's testimony and the exhibits.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal.

4:21 p.m.     Court in recess.

Hearing concluded.
Time:  05:14

**Clerk's Note:**  Spanish interpreters Melinda Gonzalez-Hibner and Marcela Salazar were present from 1:30 p.m. to 4:15 p.m. at the Government's request to interpret for a witness.