IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00326-DME-17

UNITED STATES OF AMERICA,

    Plaintiff,

v.

17. TERRY MARGHEIM,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that upon the conclusion of the trial, the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED at Denver, Colorado this 16th day of May, 2012.

BY THE COURT:

_____
David M. Ebel, Judge

_____       _____
Counsel for Plaintiff                                         Counsel for Defendant