IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Circuit Judge David M. Ebel

Civil Action No. 15-cv-00481-DME
Criminal Action No. 10-cr-00326-PAB-17

UNITED STATES OF AMERICA,

v.

TERRY MARGHEIM,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before April 10, 20 15, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:  March 23, 2015

                                      BY THE COURT:

                                      *S/ David M. Ebel*

                                      DAVID M. EBEL
                                      United States Circuit Judge