# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-481-DME
Criminal Action No. 10-cr-00326-17

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRY MARGHEIM,

    Defendant.

## ORDER

    These matters come before the Court on Defendant Terry Margheim's pleading (Docs. 2557, 2569) asking about the status of his motion for 28 U.S.C. § 2255 relief and his motion for appointment of counsel.  In response, the Court states that it has received Margheim's § 2255 motion, the Government's response to that motion, and Margheim's reply (Docs. 2539, 2551, 2552).  The Court will rule on the § 2255 motion in due course.  The Court has also received, and will address in due course, Margheim's motions for appointment of counsel (Docs. 2558, 2559), as well as his motion to hold in abeyance his motion to reduce his sentence (Docs. 2555, 2556).

    Dated this __9th__ day of __July__, 2015.

                              BY THE COURT:

                              *s/ David M. Ebel*

                              U. S. CIRCUIT COURT JUDGE
                              DISTRICT OF COLORADO