**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00481-DME
Criminal Action No. 10-cr-00326-PAB-17

UNITED STATES OF AMERICA,

        Plaintiff,

v.

17. TERRY MARGHEIM,

        Defendant.

---

**ORDER APPOINTING COUNSEL**

---

The Court, by separate order, has granted an evidentiary hearing limited to Defendant Terry Margheim's 28 U.S.C. § 2255 claim alleging that his trial attorney was ineffective for failing to convey to Margheim the prosecutor's alleged plea offer. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(a)(2)(B), and Rule 8(c) of the Rules Governing Section 2255 Proceedings for the United States District Courts, 28 U.S.C. foll. § 2255, the Court GRANTS Margheim's requests for appointment of counsel to represent him during that evidentiary hearing (Docs. 2558, 2567), so long as Margheim meets the Act's financial eligibility requirements for appointment of counsel. The Clerk's Office shall confirm that Margheim meets those requirements and, if so, shall immediately appoint counsel to represent Margheim at the evidentiary hearing.

In order to conduct the hearing "as soon as practicable after giving the attorneys adequate time to investigate and prepare," Rule 8(c), the parties are ORDERED to

schedule the evidentiary hearing by contacting my chambers within ninety days after the date counsel for Margheim is appointed to schedule the evidentiary hearing.

Dated this   10th   day of     December   , 2015.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE