# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00481-DME
Criminal Action No. 10-cr-00326-PAB-17

UNITED STATES OF AMERICA,

      Plaintiff,

v.

17. TERRY MARGHEIM,

      Defendant.

## ORDER SETTING EVIDENTIARY HEARING

Before the Court is Defendant Terry Margheim's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. 2255 [Doc. No. 2539]. After considering Margheim's motions, the Court appointed Margheim counsel and ordered an evidentiary hearing on Magheim's claim that the United States made Margheim a plea offer that defense counsel failed to convey to Margheim [Doc. Nos. 2581 at 3-5, 15; 2582].

IT IS THEREFORE ORDERED THAT

1.    In order to conduct the hearing "as soon as practicable after giving the attorneys adequate time to investigate and prepare," Rule 8(c), the parties are ordered to appear in Courtroom C202 of the Byron Rogers Federal Building, 1929 Stout Street, Denver, Colorado, with all necessary evidence and witnesses, on **June 27, 2016, at 9:30 a.m.**

     2.     Witness and exhibit lists are to be exchanged between the parties no later than June 20, 2016.

     3.     Counsel for the parties shall file simultaneous briefs with the Court, not to exceed 30 pages in length, no later than June 20, 2016.

DATED this __4th__ day of _April_, 2016.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel  
United States Circuit Judge